**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| AMY KROEGER,<br>individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>                Defendant. | Case No. 4:22-cv-00104-SMR-HCA<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

      Plaintiff, Amy Kroeger, and Defendant, Progressive Universal Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

      1.     All claims of the Plaintiff, Amy Kroeger, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

      Respectfully submitted on January 10, 2024

                                               [*Signatures on following page*]

*/s/ DRAFT*
Andrew J. Shamis, Esq.*
Edwin Eliu Elliott*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

Scott Edelsberg, Esq.*
Christopher Gold, Esq.*
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

Jacob L. Phillips*
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: 407-603-6031
Jacob.phillips@normandpllc.com

Joseph Henry Bates, III *
Edwin Lee Lowther, III*
**CARNEY BATES & PULLIAM PLLC**
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
hbates@cbplaw.com
llowther@cbplaw.com

Brian O. Marty
J. Barton Goplerud
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Ia 50265
515-223-4567
marty@sagwlaw.com
goplerud@sagwlaw.com

*Counsel for Plaintiff*

*/s/ DRAFT*
Julia C. Barrett*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: jbarrett@kslaw.com

Jeffrey S. Cashdan*
Zachary A. McEntyre*
J. Matthew Brigman*
Allison Hill White*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com

Michael W. Thrall
**NYEMASTER GOODE PC**
700 WALNUT STREET
SUITE 1600
DES MOINES, IA 50309-3899
515-283-3100
Fax: 515-283-8045
Email: mwt@nyemaster.com

*Counsel for Defendant*
*Progressive Universal Insurance Company*

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2024, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which will send notice to all counsel of record.

/s/ Andrew J. Shamis
*Andrew J. Shamis*